IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAYMOND M. LORENZATO, M.D.,<br><br>    Defendant. | CASE NO. 2:09-CV-00702 GEB KJM<br><br>JUDGMENT IN FAVOR OF<br>UNITED STATES OF AMERICA |

    Pursuant to the stipulation entered by Raymond M. Lorenzato, M.D. and the United States of America, on behalf of its Department of Health and Human Services, which is appended hereto as Exhibit "A", judgment is entered against Dr. Lorenzato in the sum of $35,937.35 with interest accruing thereon as provided by 28. U.S.C. § 1961.

Dated:  June 17, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**SETTLEMENT AGREEMENT**

**A. RECITALS**

1. **Parties.** The parties to this Settlement Agreement (hereinafter referred to as "the Agreement") are the United States of America and Raymond M. Lorenzato, M.D. (hereinafter referred to as the "Debtor").

2. **Default on HEAL.** On April 2, 2001 the Debtor defaulted on a Health Education Assistance Loan (HEAL) made by a private lender and assigned to the United States. On May 21, 2001, as a result of non-payment, the matter was referred to the United States Attorney for collection pursuant to 20 U.S.C. §§ 1087a, et. seq. (34 CFR Part 685.211).

**B. TERMS OF THE AGREEMENT**

3. **Intention of the Parties to Effect Settlement.** In order to resolve this matter, U.S. Attorney's Office ("USAO") Case Number 2007V00143, in the Eastern District of California, the parties agree as follows:

4. **Indebtedness and Consent Judgment.** As of March 4, 2009, the total amount of the debt owed by the Debtor for Health & Human Services (HHRS) Claim Number 50134461 is $35,937.35 (Thirty-Five Thousand and Nine-Hundred and Thirty-Seven Dollars and Thirty-Five Cents) (hereinafter "debt"), which includes the principal, accrued interest and late payment charges, if any. The Debtor agrees to have Judgment entered against him for the total amount of the indebtedness. Accordingly, as part of the Agreement, the parties agree that interest shall accrue at the post-judgment interest rate applicable to judgments entered in federal court as provided by 28 U.S.C. § 1961.

5. **Payment Schedule.** The Debtor agrees to make payments of at least $300.00 (Three-Hundred Dollars and No/Cents) per month, due on the 15th day of each month, beginning on June 15, 2009, and continuing until the balance is paid in full or until the Debtor is notified by the U.S. Department of Justice ("DOJ") of a modified payment schedule. The Debtor agrees to submit in a timely manner each year any financial documentation required by DOJ, which may be used to modify the payment schedule of the Debtor. Payments shall be made payable to: "U.S. Department of Justice" and mailed to: United States Attorney's Office, attention: Financial Litigation Unit, 501 I Street, Suite 10-100, Sacramento, California 95814, unless and until directed otherwise in writing by the USAO.

6. **Default on Agreement.** Should a default on the Agreement occur, the United States may take any steps authorized by law to enforce its Judgment, as provided for in paragraph 4.

7. **Bankruptcy.** The Debtor agrees that if a voluntary or involuntary bankruptcy is commenced by or against the Debtor, the Debtor's failure to comply with this Agreement, including but not limited to the payment terms in paragraph 5, is not excused by the commencement of the bankruptcy by or against the Debtor, and will be considered a default on the Agreement for purposes of paragraph 6, notwithstanding the commencement of the bankruptcy.

8. **Severability Clause.** In the event any parts of this Agreement are found to be void, the remaining provisions of this Agreement shall nevertheless be binding with the same effect as though the void parts were deleted.

9. **Effect of the Agreement.** This Agreement contains a complete description of the bargain between the parties. All material representations, understandings and promises of the parties concerning

the repayment of the debt are contained in this Agreement. Any modifications must be set forth in writing and signed by all parties. The Debtor represent that this Agreement is entered into with knowledge of the events described herein. The Debtor further represent that this Agreement is voluntarily entered into to resolve the litigation in USAO Case Number 2008V00515.

10. **Execution of the Agreement.** The United States Attorney represents that he has received the concurrence of HHRS to the monetary terms of this Agreement, and will promptly forward an executed copy of this agreement to HHRS.

DATE:  June 1, 2009                     */s/ Raymond M. Lorenzato, M.D.*
                                        RAYMOND M. LORENZATO, M.D.

                                        *Address:*     644 Joanne Drive
                                                       San Mateo, CA 94402

DATE: June 15, 2009                     LAWRENCE G. BROWN
                                        Acting United States Attorney

                               By:      */s/ Ana Maria Martel*
                                        ANA MARIA MARTEL
                                        Assistant United States Attorney
                                        Attorneys for the United States of America